UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-25957 |
| MARICHEL TORRES | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given,

It is hereby ORDERED that:

1. Section E3.1(b) is stricken from the confirmed plan.

2. The Trustee shall not make payments previously provided for in §E3.1(b) of the confirmed plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:    JAN 1 9 2017

19 JAN 2017

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100