UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-25957 |
| MARICHEL TORRES | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given:

It is hereby ORDERED that:

1. Section E5 of the confirmed plan is modified to add "To Creditor Lakeview Loan Servicing, arrears of $2,678.21, payable monthly from available funds, pro rata with other mortgage arrears, without interest."

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 19, 2017

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100