**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| MARICHEL TORRES, | ) | Case No. 16-25957 |
| | ) | |
| Debtor(s). | ) | Judge Barnes |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*The following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

JUDGE:  Barnes
ROOM:   744
DATE:   July 19, 2018
TIME:   9:30 AM

## PROOF OF SERVICE

The undersigned certifies that a copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, on or before June 21, 2018, at 5:00p.m., with sufficient postage prepaid, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

/s/ Dustin B. Allen
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Marichel Torres
1046 N. Wheeling Road
Mount Prospect, IL 60056

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

HealthCare Associates Credit Union
1151 East Warrenville Road
Naperville, IL 60563

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Midland Funding, LLC
PO Box 2011
Warren MI 48090

Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Lakeview Loan Servicing, LLC
c/o Cenlar, FSB - Attn: Bankruptcy
425 Phillips Blvd.
Ewing, NJ 08618

Department Store National Bank/Macy's
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| MARICHEL TORRES, | ) | Case No. 16-25957 |
| | ) | |
| Debtor(s). | ) | Judge Barnes |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COME the Debtor, MARICHEL TORRES, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On August 12, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on November 3, 2016. Marilyn O. Marshall was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $585.00 monthly for 60 months, with payments to the General Unsecured Creditors of at least 10% of their allowed claims.

4) The Debtor has paid $7,962.12 into her Chapter 13 plan over the 13 months since the case was filed.

5) The Debtor is currently in default in the amount of $2,337.88.

6) The Debtor fell behind because one of her sources of income, Social Security funds for a child, has ceased. The Debtor modified her payroll control order based on an anticipated plan modification, leading to the default.

7) While this income has lessened, the Debtor's spouse has started working, and the Debtor can maintain monthly payments to the Trustee.

8)     The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the plan payment default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing her Chapter 13 plan.

9)     Modifying the plan in this way will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay General, Unsecured Creditors at least 10% of their allowed claims.

WHEREFORE, the Debtor, MARICHEL TORRES, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Dustin B. Allen_____
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100