**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case 16-25957 |
| | ) | |
| MARICHEL TORRES, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Barnes |
| | ) | |

## NOTICE OF AMENDED MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via first-class US mail:**
See attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead, at 219 S. Dearborn Street, Chicago, Illinois 60604, and present the attached **Motion to Modify Plan** at which time and place you may appear:

    JUDGE:    Barnes
    ROOM:    744
    DATE:    December 13th, 2018
    TIME:    9:30am

    /s/ Ryan J. McCready
    Ryan J. McCready, A.R.D.C. #6308289
    Attorney for the Debtor(s)

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before November 20, 2018, at 6:00p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

    /s/ Ryan J. McCready
    Ryan J. McCready, A.R.D.C. #6308289
    Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

## Service List

*The following persons or entities who have been served via first-class U.S. Mail, postage prepaid:*

Marichel Torres
1046 N. Wheeling Rd.
Mount Prospect, IL 60056

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

HealthCare Associates Credit Union
1151 East Warrenville Road
Naperville, IL 60563

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Midland Funding, LLC
PO Box 2011
Warren MI 48090

Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Lakeview Loan Servicing, LLC
c/o Cenlar, FSB - Attn: Bankruptcy
425 Phillips Blvd.
Ewing, NJ 08618

Department Store National Bank/Macy's
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case 16-25957 |
| | ) | |
| **MARICHEL TORRES,** | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Barnes |
| | ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, MARICHEL TORRES, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On August 12, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on November 3, 2016. Marilyn O. Marshall was appointed Trustee in this case.

3. The Order Confirming Plan provides that "On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall further tender the full amount of each year's tax refund received while the case is pending to the Chapter 13 Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s)."

4. The Debtor received a refund of $4,610.00 for 2017.

5. The Debtor also seeks to retain her tax refund for unexpected expenses incurred earlier in the year, including $1,240 for airfare to attend a funeral in the Philippines, (See Exhibit A), and $4,000.00 for removing mold, fixing a leak in the ceiling, and remodeling her bathroom and. (See Exhibit B).

6. Furthermore, the Trustee Marshall's office has recently adopted a policy regarding tax refunds that allows Debtors to put different language in §G (or §8.1) of the plan. The

Debtors' counsel understands that the judges and Trustee are allowing Debtors to keep a "no look" $1,200.00 in plans confirmed before the new tax language went into effect.

7. The Debtor seeks a plan modification to allow her to keep the 2017 federal income tax refund, and $1,200.00 for any subsequent years.

8. The Debtor seeks this modification in good faith and with no intent to defraud creditors.

WHEREFORE, the DEBTOR, MARICHEL TORRES, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Ryan J. McCready
        Ryan J. McCready, A.R.D.C. #6308289
        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100