UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-25957 |
| | ) | |
| Marichel Torres | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. Debtor's Chapter 13 Plan is modified to increase the payout to general unsecured creditors to 100% of their allowed claims.

2. Debtors plan payment is increased to $600.00 per month.

3. Debtor may retain all income tax refunds going forward while in this current bankruptcy.

Enter:

_[signature]_

United States Bankruptcy Judge

Dated: **17 JAN 2019**

**Prepared by:**
Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko