# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

IN RE:  Marichel L. Torres  )  Chapter 13
  )  Case No. 16 B 25957
  Debtor(s)  )  Judge Timothy A Barnes

## Notice of Motion

Marichel L. Torres  
1046 N. Wheeling Rd.  
Mount Prospect, IL 60056

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On March 07, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, February 28, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On August 12, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 03, 2016, for a term of 60 months with payments of $600.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 30 | $16,803.96 | $11,976.80 | $4,827.16 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/27/2019  
Due Each Month: $600.00  
Next Pymt Due: 03/11/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/17/2018 | 5234643 | $270.00 | 08/28/2018 | 5245038 | $270.00 |
| 09/12/2018 | 5255122 | $270.00 | 09/27/2018 | 5263497 | $270.00 |
| 10/11/2018 | 5270860 | $270.00 | 10/23/2018 | 5280589 | $270.00 |
| 11/08/2018 | 5289277 | $270.00 | 11/23/2018 | 5297243 | $270.00 |
| 12/06/2018 | 5304512 | $270.00 | 12/24/2018 | 5312855 | $270.00 |
| 01/02/2019 | 5317693 | $270.00 | 02/11/2019 | 5343660 | $276.92 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE