UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re: ) 16-25957
)
Marichel L. Torres, ) Chapter 13
)
Debtor(s). ) Judge Timothy A. Barnes

## NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on March 18, 2021, at 1:30 pm, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Vacate Payroll Order**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: htttps://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Marichel Torres, Debtor

By:   /s/ John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100  davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

      I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the Service List at the address shown and by the method indicated on the list on March 10, 2021, at or before 5:00 pm.

                                    /s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Marilyn O. Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Marichel Torres
1046 N. Wheeling Road
Mount Prospect, IL 60056

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-25957 |
| | ) | |
| **Marichel L. Torres,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

### MOTION TO VACATE PAYROLL ORDER

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present her Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On August 12, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. Marilyn O. Marshall was appointed Trustee and the Chapter 13 plan was confirmed on November 3, 2016.

3. On January 22, 2019 a payroll deduction order was entered (Exhibit A).

4. The Debtor's paycheck has decreased because she is working fewer hours due to a medical condition. She will send payments herself directly to the Trustee. There are approximately ten months remaining on this Chapter 13 plan.

5. The Debtor makes this request in good faith and to promote the continued successful performance of the Chapter 13 plan.

WHEREFORE, the Debtor, Marichel Torres, prays that this Honorable Court enter an Order to Vacate the Payroll Order, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

_____/s/ John Ellmann_____

John J. Ellmann, A.R.D.C. #6257894
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL 60090
847/ 520-8100 davidsiegelbk@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*EXHIBIT A*

| | | |
|---|---|---|
| In re: Marichel Torres | ) | Case No. 16-25957 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| SSN: XXX-XX-1700      Debtors | ) | Honorable Timothy A. Barnes |

**AMENDED ORDER TO EMPLOYER TO PAY THE TRUSTEE**

To: Lutheran General Hospital
1775 W Dempster St.
Park Ridge, IL 60068

Attn: Payroll Department

WHEREAS, the above named debtor has submitted a plan to pay his/her debts out of his/her future earnings, and by his/her plan submits all of his/her future earnings to the supervision and control of this Court for the purpose of carrying out the Plan:

NOW IT IS THEREFORE ORDERED, that until further order of this Court, __Lutheran General Hospital__, employer of __Marichel Torres__, deduct from the earnings of the debtor the sum of $__600.00__ each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to , Marilyn O. Marshall, Trustee at least once a month at the following address:

Marilyn O. Marshall Chapter 13 Trustee
P.O. Box 2031
Memphis, TN 38101-2031

IT IS FURTHER ORDERED, that the employer shall stop or change the deduction upon written notice from the Trustee;

IT IS FURTHER ORDERED, that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

IT IS FURTHER ORDERED, that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

FOR THE COURT

Date Entered: __1/22/2019__

*/s/ Jeffrey P. Allsteadt*
Jeffrey Allsteadt, Clerk, United States Bankruptcy Court

Debtor or Attorney Signature __/s/ David M. Siegel__       Date: __01/21/2019__

[✓] I agree to entry of this order without further notice or hearing.

[ ] Check this box if the debtor has agreed to the entry of this order without further notice or hearing through Section I of the Chapter 13 Plan.

Form No. 25